Lawrence C. Hersh
Attorney at Law
17 Sylvan Street
Suite 102B
Rutherford, New Jersey 07070
Telephone: (201)507-6300
Fax: (201)507-6311
*Attorney for Garfum.com Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GARFUM.COM CORPORATION**<br><br>    **Plaintiff,**<br><br>   v.<br><br>**SKINNYCORP, LLC D/B/A THREADLESS, LLC**<br><br>    **Defendant.** | **Case No. 3:14-cv-05922-MA-TJB**<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF GARFUM.COM CORPORATION'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SKINNYCORP, LLC D/B/A THREADLESS, LLC

Plaintiff Garfum.com Corporation, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby provides its Notice of Voluntary Dismissal of Defendant Skinnycorp, LLC d/b/a Threadless, LLC.  By the filing of this Notice, Plaintiff asks the Court to dismiss Defendant Skinnycorp, LLC d/b/a Threadless, LLC without prejudice.

Dated:  October 27, 2014          Respectfully submitted,

By: */s/ Lawrence C. Hersh*
Lawrence C. Hersh
Attorney at Law
17 Sylvan Street
Suite 102B
Rutherford, New Jersey 07070
Telephone: (201)507-6300
Fax: (201)507-6311

OF COUNSEL

**AUSTIN HANSLEY P.L.L.C.**
Austin Hansley
Brandon LaPray
5050 Quorum Dr. Suite 700
Dallas, Texas 75254
Telephone:     (469) 587-9776
Facsimile:      (855) 347-6329
Email: Austin@TheTexasLawOffice.com
www.TheTexasLawOffice.com
**ATTORNEYS FOR PLAINTIFF
GARFUM.COM CORPORATION**